# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 12, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149073(63)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RAHIM OMARKHAN LOCKRIDGE,
      Defendant-Appellant.
_____/

SC: 149073
COA: 310649
Oakland CC: 2011-238930-FC

      On order of the Chief Justice, the motion of the defendant-appellant to extend the time for filing his brief on appeal is GRANTED. The brief will be accepted as timely filed if filed on or before September 5, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 12, 2014

